**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 21-00008-RM-NYW

DONNY CLARK,

    Plaintiff,

v.

PACHECO, Arapahoe County Deputy, and
CALLOWAY, Arapahoe County Deputy,

    Defendants.

---

## ORDER
---

    Before the Court is the Recommendation of United States Magistrate Judge Nina Y. Wang (ECF No. 26) to administratively close this case pursuant to D.C.COLO.LCivR 41.2. Neither side has objected to the Recommendation, and the time to do so has expired.

    Plaintiff filed his pro se Amended Complaint (ECF No. 6) on January 29, 2021, alleging he was assaulted by another inmate and that Defendants failed to protect him and keep him safe. After Defendants filed a Motion to Dismiss (ECF No. 14) and a Motion to Stay (ECF No. 16), the magistrate judge held a status conference where "both sides indicated that they would be amenable to administrative closure." (ECF No. 26 at 4.) Given Plaintiff's imminent release in May, his ongoing efforts to obtain counsel, and the procedural posture of this case, the Court agrees with the Recommendation, which is incorporated into this Order by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The magistrate judge also granted in part Plaintiff's Motion for Extension of Time (ECF No. 22), giving Plaintiff up to April 5 to respond to the pending Motion to Dismiss should he wish to do so.  No response was filed, and that deadline, too, has passed.

Accordingly, the Court ACCEPTS the Recommendation (ECF No. 26) and

(1) directs the Clerk to ADMINISTRATIVELY CLOSE this case, subject to reopening for good cause, and

(2) ORDERS that on or before October 11th, 2021, Plaintiff shall MOVE TO REOPEN or SHOW CAUSE why this action should not be dismissed for failure to prosecute.

DATED this 9th day of April, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge